Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11            12/17

Month: OCTOBER 2019                    Date report filed: 12/4/19

Line of business: CLOSED CONTRACTING    NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _[signature]_

Original signature of responsible party: _[signature]_

Printed name of responsible party: James Greager

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

|   | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? |  | ☒ |  |
| 2. | Do you plan to continue to operate the business next month? |  | ☒ |  |
| 3. | Have you paid all of your bills on time? |  |  | ☒ |
| 4. | Did you pay your employees on time? |  |  | ☒ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? |  |  | ☒ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? |  |  | ☒ |
| 7. | Have you timely filed all other required government filings? |  |  | ☒ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ |  |  |
| 9. | Have you timely paid all of your insurance premiums? |  |  | ☒ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

|   | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? |  | ☒ |  |
| 11. | Have you sold any assets other than inventory? |  | ☒ |  |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? |  | ☒ |  |
| 13. | Did any insurance company cancel your policy? |  | ☒ |  |
| 14. | Did you have any unusual or significant unanticipated expenses? |  | ☒ |  |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? |  | ☒ |  |
| 16. | Has anyone made an investment in your business? |  | ☒ |  |

Debtor Name  Greager Custom Homes, Inc.  Case number 2-19-bk-09913 EPB

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☐ ☑
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**  $ 74.55

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.  $ 0

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.  -$ 325.00

22. **Net cash flow**  +$ 290.45

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**  =$ 290.45

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**  $ 5,479.48

    *(Exhibit E)*

Debtor Name  Greager Custom Homes, Inc.   Case number 2-19-bk-09913 EPB

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables    $ 125,410.54

   *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?    0
27. What is the number of employees as of the date of this monthly report?    0

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 0
30. How much have you paid this month in other professional fees?    $ 0
31. How much have you paid in total other professional fees since filing the case?    $ 0

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>Actual<br>Copy lines 20-22 of this report. | = | Column C<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ 0 | − | $ 0 | = | $ 0 |
| 33. Cash disbursements | $ 0 | − | $ 325.00 | = | $ 325.00 |
| 34. Net cash flow | $ 0 | − | $ 0 | = | $ 0 |

35. Total projected cash receipts for the next month:    $ 0
36. Total projected cash disbursements for the next month:    − $ 0
37. Total projected net cash flow for the next month:    = $ 0

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 3

Case 2:19-bk-09913-EPB    Doc 27    Filed 12/16/19    Entered 12/16/19 07:24:33    Desc
Main Document    Page 3 of 13

Debtor Name  Greager Custom Homes, Inc.                     Case number 2-19-bk-09913 EPB

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

# EXHIBIT F

Grauger Custom Homes Inc.    2-19-BK-09913EPB

Pretition Account Receivable Owned By Fosters

125,410.54

## EXHIBIT E

Caletysa Custom Homes Inc.

October 2019

Bankruptcy Attorney

Allen D. Newdelman, P.C.,
Attorney at Law

Due November 4th        $5,439.48

# ALLAN D. NEWDELMAN, P.C.

ATTORNEY AT LAW
80 EAST COLUMBUS AVENUE
PHOENIX, AZ 85012
(602) 264-4550
jaronoff@adnlaw.net

November 04, 2019

Invoice submitted to:
GREAGOR CUSTOM HOMES
c/o JAMES GREAGOR
16203 E. SAWK CIRCLE
FOUNTAIN HILLS, AZ 85268

In Reference To: CHAPTER 11 CASE
ALL TIME 8/8/19 forward

Invoice #28004

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **ASSET DISPOSITION** | | | |
| 10/8/2019 ADN | Email to Matt Klopp for ROC complaint; review same; | 0.35 | $138.25 |
| SUBTOTAL: | | [ 0.35 | $138.25] |
| **BUSINESS OPERATIONS** | | | |
| 10/1/2019 ADN | Conference with RJ regarding reports to UST; discussion of ROC current matter; telephone call to Bluff regarding representation; response to ROC | 0.75 | $296.25 |
| 10/8/2019 ADN | Email Guyre - special appointment; email to Matthew for ROC complaint | 0.50 | $197.50 |
| 10/16/2019 ADN | Additional email to Guy regarding special counsel appointment | 0.15 | $59.25 |
| 10/24/2019 ADN | Discussion with RJ; follow up with Guy Bluff; response regarding appointment as special counsel | 0.25 | $98.75 |
| SUBTOTAL: | | [ 1.65 | $651.75] |
| For professional services rendered | | 2.00 | $790.00 |
| Previous balance | | | $4,649.48 |
| Balance due | | | $5,439.48 |

EXHIBIT D

Creager Custom Homes Inc.    2-19-BK-09913 EPB

Payment of UST Fees    $ 325.00

Office of the U. S. Trustee  
230 N FIRST AVE  
Suite 204  
Phoenix, AZ 85003-1706  

602-682-2600  



Page 1 of 1     Rev. 5/19  
Account No.: 702-19-09913  
Process Date: 10-04-19  

\*\*\*\*\*\*\*\*\*\*AUTO\*\*MIXED AADC 170  
GREAGER CUSTOM HOMES INC  
16203 E SAWIK CIRCLE  
FOUNTAIN HILLS, AZ 85268-5429  

UNITED STATES  
DEPARTMENT OF JUSTICE  
U.S. TRUSTEE PROGRAM  

See Instructions  
On Reverse Side  

Chapter 11 Quarterly Fee Statement

| Date | Description | Amount |
|---|---|---|
| 08-08-19 | Balance Forward | .00 |
| 10-04-19 | Quarter 3, 2019 Fee Due {Disbursements = $0.} (6) | 325.00 |
| | *EXHIBIT D* (handwritten) | |
| | Estimated Balance Due Based On Disbursement Record | **325.00** |



GREAGER CUSTOM HOMES, INC.
16203 E SAWIK CIRCLE
FOUNTAIN HILLS, AZ 85268

0002
91-515/1221

Pay to the Order of: US Trustee
Date: 10/29/19
Amount: $725.00
Three Hundred Twenty Five 00/100 dollars

US bank.

For: 3rd Quarter Fee Pmt

⑆122105155⑆ ⑆000

DEPOSIT QUARTER 3 2019  325.00


FROM PERSONAL ACCOUNT
& CHASE 400.00

Official Receipt     DEPOSITS MAY NOT BE AVAILABLE
                     FOR IMMEDIATE WITHDRAWAL.
Member FDIC

Cash, checks and other negotiable items received for deposit are subject to the terms and conditions of your Deposit Account Agreement and any other agreements governing use of your account, as amended from time to time. All items accepted for deposit are subject to later count and verification.

Want this receipt via email/text?
Enroll in eReceipts through Online
Banking or with a Banker!

usbank.com

**************4835

$400.00

HC 20133 (4/16)  90182066

# [us]bank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

2601    TRN    S    Y    ST01

**Business Statement**
Account Number:
⬛⬛⬛⬛4835
Statement Period:
Oct 1, 2019
through
Oct 31, 2019



Page 1 of 2

000049889 01 AB 0.412 000638253303702 P Y
ESTATE OF GREAGER CUSTOM HOMES INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 2:19-BK-09913-EPB
16203 E SAWIK CIR
FOUNTAIN HLS AZ 85268-5429

☎    *To Contact U.S. Bank*

**24-Hour Business**
**Solutions:**    1-800-673-3555

**U.S. Bank accepts Relay Calls**
Internet:    usbank.com

## INFORMATION YOU SHOULD KNOW

Effective November 11, 2019, the *"Your Deposit Account Agreement"* booklet will include updates that may affect your rights. The main updates to note in the revised *"Your Deposit Account Agreement"* booklet sections, and sub sections, are:

- Update *Online and Mobile Financial Services Agreement* document title to *Digital Services Agreement*
- Addition of Applicable Law section
- Owner's Authority section
    - Update to owner authorized actions
- Deposits section, Foreign Currency sub-section
    - Clarification on the foreign currency deposit process
- Returned Deposited and Cashed Items section
    - Clarification on the assessment of fees
- Insufficient Funds and Overdraft section
    - Available Balance and Insufficient Funds sub-sections
        - Clarification of pending merchant transactions regarding posting and impact to available balances
    - Our Fees sub-section
        - Extended overdraft fees are suspended during fraud investigations
- Closing Your Account section
    - Clarification on actions associated with closing your account
- S.T.A.R.T Goals and Rewards section
    - Removal of the Think Twice℠ Savings feature option
- U.S. Bank Consumer Reserve Line Agreement section
    - Interest Charges and Fees sub-section
        - Change to Late Payment Fee language

Starting November 11, you may pick up a copy at your local branch, view on usbank.com, or call 800.USBANKS (872.2657) to request a copy. If you have any questions, our bankers are available to help at your local branch. You can also call us at U.S. Bank 24-Hour Banking at 800.USBANKS (872.2657). We accept relay calls.

## SILVER BUSINESS CHECKING                                             *Member FDIC*

U.S. Bank National Association                                   Account Number ⬛⬛⬛⬛-4835
**Account Summary**

| | | |
|---|---|---|
| Beginning Balance on Oct 1 | $ | 34.55 |
| Ending Balance on Oct 31, 2019 | $ | 34.55 |

## ANALYSIS SERVICE CHARGE DETAIL
Account Analysis Activity for: September 2019

| | | | |
|---|---|---|---|
| Account Number: | ⬛⬛⬛-4835 | $ | 5.00 |
| Analysis Service Charge waived | ⬛⬛⬛4835 | $ | 5.00 |

### Service Activity Detail for Account Number ⬛⬛⬛-4835

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
| Combined Transactions/Items | 1 | | No Charge |

Case 2:19-bk-09913-EPB    Doc 27    Filed 12/16/19    Entered 12/16/19 07:24:33    Desc
Main Document    Page 12 of 13



ESTATE OF GREAGER CUSTOM HOMES INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 2:19-BK-09913-EPB
16203 E SAWIK CIR
FOUNTAIN HLS AZ 85268-5429

**Business Statement**
Account Number:
XXXXXXX4835
Statement Period:
Oct 1, 2019
through
Oct 31, 2019



Page 2 of 2

## ANALYSIS SERVICE CHARGE DETAIL (CONTINUED)

Service Activity Detail for Account Number XXXXXXX-4835 (continued)

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| Paper Statement Fee | 1 | 5.00000 | 5.00 |
| Subtotal: Depository Services | | | 5.00 |
| Fee Based Service Charges for Account Number 1-517-0726-4835 | | $ | 5.00 |