Fill in this information to identify the case:

Debtor Name **Greager Custom Homes, Inc.**

United States Bankruptcy Court for the: District of Arizona

Case number: **2-19-bk-09913 EPB**

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: *NOVEMBER 2019*

Date report filed: *12/13/19*
MM / DD / YYYY

Line of business: *CLOSED CONTRACTS*

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party _____

Printed name of responsible party **James Greager**

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☒ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☒ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☒ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☒ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☒ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☒ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☒ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name: Greager Custom Homes, Inc.   Case number: 2-19-bk-09913 EPB

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☐ ☒
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☒ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**   $ 39.55

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 400.60

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   - $ 0

22. **Net cash flow**   + $ 397.00

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**   = $ 37.55

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 5,439.48

    *(Exhibit E)*

Debtor Name Greager Custom Homes, Inc.   Case number 2-19-bk-09913 EPB

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables    $ 125,410.54
    (Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?    0
27. What is the number of employees as of the date of this monthly report?    0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 0
30. How much have you paid this month in other professional fees?   $ 0
31. How much have you paid in total other professional fees since filing the case?   $ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A Projected (Copy lines 35-37 from the previous month's report.) | − | Column B Actual (Copy lines 20-22 of this report.) | = | Column C Difference (Subtract Column B from Column A.) |
|---|---|---|---|---|---|
| 32. Cash receipts | $ 0 | − | $ 0 | = | $ 0 |
| 33. Cash disbursements | $ 0 | − | $ 0 | = | $ 0 |
| 34. Net cash flow | $ 0 | − | $ 0 | = | $ 0 |

35. Total projected cash receipts for the next month:     $ 0
36. Total projected cash disbursements for the next month:  − $ 0
37. Total projected net cash flow for the next month:      = $ 0

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 3

Case 2:19-bk-09913-EPB   Doc 28   Filed 12/16/19   Entered 12/16/19 07:25:33   Desc
Main Document   Page 3 of 9

Debtor Name Greager Custom Homes, Inc.　　　　　　　　Case number 2-19-bk-09913 EPB

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

## EXHIBIT F

Creager Custom Homes Inc.   2-19-BK-09913-EPB

Pretition Account Receivable owed by Forsters

125,410.54

# EXHIBIT E

Calarysa Custom Homes Inc.

October 2019

Bankruptcy Attorney

Allan D. Newdelman, P.C.,
Attorney at Law

Due November 4th          5,439.48

# ALLAN D. NEWDELMAN, P.C.
ATTORNEY AT LAW
80 EAST COLUMBUS AVENUE
PHOENIX, AZ 85012
(602) 264-4550
jaronoff@adnlaw.net

November 04, 2019

Invoice submitted to:
GREAGOR CUSTOM HOMES
c/o JAMES GREAGOR
16203 E. SAWK CIRCLE
FOUNTAIN HILLS, AZ 85268

In Reference To: CHAPTER 11 CASE
ALL TIME 8/8/19 forward

Invoice #28004

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **ASSET DISPOSITION** | | | |
| 10/8/2019 ADN | Email to Matt Klopp for ROC complaint; review same; | 0.35 | $138.25 |
| SUBTOTAL: | | [ 0.35 | $138.25] |
| **BUSINESS OPERATIONS** | | | |
| 10/1/2019 ADN | Conference with RJ regarding reports to UST; discussion of ROC current matter; telephone call to Bluff regarding representation; response to ROC | 0.75 | $296.25 |
| 10/8/2019 ADN | Email Guyre - special appointment; email to Matthew for ROC complaint | 0.50 | $197.50 |
| 10/16/2019 ADN | Additional email to Guy regarding special counsel appointment | 0.15 | $59.25 |
| 10/24/2019 ADN | Discussion with RJ; follow up with Guy Bluff; response regarding appointment as special counsel | 0.25 | $98.75 |
| SUBTOTAL: | | [ 1.65 | $651.75] |
| For professional services rendered | | 2.00 | $790.00 |
| Previous balance | | | $4,649.48 |
| Balance due | | | $5,439.48 |

Case 2:19-bk-09913-EPB    Doc 28    Filed 12/16/19    Entered 12/16/19 07:25:33    Desc
Main Document    Page 7 of 9

# Business Statement

**Account Number:**  4835

**Statement Period:**
Nov 1, 2019
through
Nov 29, 2019

Page 1 of 2

**u.s. bank.**
P.O. Box 1800
Saint Paul, Minnesota 55101-0800

2601    TRN    S    Y    ST01

000050716 01 AB 0.412 000638285271365 P Y
ESTATE OF GREAGER CUSTOM HOMES INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 2:19-BK-09913-EPB
16203 E SAWIK CIR
FOUNTAIN HLS AZ 85268-5429

☎ **To Contact U.S. Bank**

**24-Hour Business Solutions:** 1-800-673-3555

**U.S. Bank accepts Relay Calls**

**Internet:** usbank.com

## INFORMATION YOU SHOULD KNOW

Thank you for choosing U.S. Bank. We would like to inform you of upcoming changes that may impact your account. The chart below lists account modifications that go into effect beginning January 1, 2020.

To determine if these changes will impact you, review the 'Analysis Service Charge Detail' section of this statement for your current usage of these services. This is typically found on the last page.

If you have any questions or would like to discuss your account options, please call us at 1.800.673.3555.

| Current | New (as of January 1, 2020) |
|---|---|
| 150 Free Combined Transactions Per Month, then $0.50 each[1] | 125 Free Combined Transactions Per Month, then $0.50 each[1] |
| Wire Transfers Advice (Mail) - $8 Advice (Fax) - $6 Domestic - $35 International - $70 | Wire Transfers Advice (Mail) - $10 Advice (Fax) - $8 Domestic - $40 International - $75 |

There are also additional U.S. Bank Business Checking, Savings and Treasury Management Services price changes effective Jan. 1, 2020. Please contact your banker or Treasury Management consultant for pricing information specific to your account. If you need assistance in reaching your bank contact, call Customer Service at the number listed in the upper right corner of this statement or send an email to Customer Service at commercialsupport@usbank.com.

[1] A transaction includes deposits and other credits, checks paid and other debits, ACH and deposited items, signature and PIN-based purchases made with a U.S.Bank Business Visa Debit Card.

## SILVER BUSINESS CHECKING

**Member FDIC**

U.S. Bank National Association
**Account Number** 4835

### Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Nov 1 | | $ | 34.55 |
| Customer Deposits | 1 | | 400.00 |
| Other Withdrawals | 2 | | 72.00- |
| Checks Paid | 1 | | 325.00- |
| **Ending Balance on Nov 30, 2019** | | **$** | **37.55** |

### Customer Deposits

| Number | Date | Ref Number | Amount |
|---|---|---|---|
| | Nov 13 | 8657769687 | 400.00 |
| | | **Total Customer Deposits** $ | **400.00** |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Nov 5 | Overdraft Paid Fee | 8056723814 | $ 36.00- |



ESTATE OF GREAGER CUSTOM HOMES INC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 2:19-BK-09913-EPB
16203 E SAWIK CIR
FOUNTAIN HLS AZ 85268-5429

**Business Statement**
Account Number:
6 4835
Statement Period:
Nov 1, 2019
through
Nov 29, 2019



Page 2 of 2

## SILVER BUSINESS CHECKING (CONTINUED)
U.S. Bank National Association  Account Number 6-4835

**Other Withdrawals (continued)**

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Nov 12 | Extended Overdraft Fee | 1200002097 | 36.00- |
| | | **Total Other Withdrawals** $ | **72.00-** |

**Checks Presented Conventionally**

| Check | Date | Ref Number | Amount | | |
|---|---|---|---|---|---|
| 0002 | Nov 4 | 8056723814 | 325.00 | | |
| | | | | **Conventional Checks Paid (1)** $ | **325.00-** |

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Nov 4 | 290.45- | Nov 12 | 362.45- | Nov 13 | 37.55 |
| Nov 5 | 326.45- | | | | |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL
Account Analysis Activity for: October 2019

| | Account Number: | 4835 | $ | 5.00 |
|---|---|---|---|---|
| | Analysis Service Charge waived | 4835 | $ | 5.00 |

**Service Activity Detail for Account Number -4835**

| Service | Volume | Avg Unit Price | Total Charge |
|---|---|---|---|
| **Depository Services** | | | |
| Paper Statement Fee | 1 | 5.00000 | 5.00 |
| Subtotal: Depository Services | | | 5.00 |
| Fee Based Service Charges for Account Number 4835 | | $ | 5.00 |